IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:06cr9-SPM

ERIC DONNELL HORNE,

 Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

 Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, **ERIC DONNELL HORNE**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

 **DONE AND ORDERED** this 20th day of March, 2006.

     *s/ Stephan P. Mickle*
     Stephan P. Mickle
     United States District Judge